Form ntcclmdbtr

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

---

Case No.: **04−44705−tjt**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
Kimberly Annise Holmes
1330 Chestnut Drive
Apt. #19
Ypsilanti, MI 48197

Social Security No.:
xxx−xx−3982

Employer's Tax I.D. No.:

---

**NOTICE RE: FILING OF CLAIM BY DEBTOR/TRUSTEE**

**NOTICE IS HEREBY GIVEN** that on 02/07/2017 a claim was filed by the debtor/trustee on behalf of Luke Y. Kim, M.D., P.C. in the amount of $ 170.00 .

Dated: 2/8/17

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT